# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Cotton USA, L.P.** | Attorney: |
| Plaintiff | Shumaker Williams, P.C. |
| vs. | Harry Levy |
| | 40 West Chesapeake Ave., Suite 605 |
| **Greater Southease Community Hospital Corporation I** | Towson, MD. 21201 |
| Defendant | |

**Case Number:** 1:07-cv-02331

Legal documents received by Same Day Process Service on January 03rd, 2008 at 10:00 AM to be served upon **Greater Southeast Community Hospital Corporation I, c/o CT Corporation System, RA at 1015 15th St., NW, Washington, DC. 20005**

I, Brandon A. Snesko, swear and affirm that on **January 03rd, 2008 at 11:35 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Plaintiff's Original Complaint; Exhibits** to Anthony Serrette as **Fulfillment Specialist & Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'9   Weight: 180   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006656

District of Columbia : SS
Subscribed and Sworn to before me
this 4TH day of Jan, 2008

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COTTON USA, L.P.

V.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I

CASE

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-02331
Assigned To : Roberts, Richard W.
Assign. Date : 12/27/2007
Description: Contract

TO: (Name and address of Defendant)

Greater Southeast Community Hospital Corporation
c/o CT Corporation System, Resident Agent
1015 15th Street, N.W.
Washington, D.C.   20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harry Levy
Shumaker Williams, P.C.
40 West Chesapeake Avenue, Suite 605
Towson, Maryland   21204

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 27 2007
CLERK                                      DATE

_Maureen Higgins_
(By) DEPUTY CLERK