UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTON USA, L.P.<br><br>Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL CORPORATION I<br><br>Defendant. | Civil Action No. 07-CV-02331 (RWR) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Cotton USA, L.P., voluntarily dismisses the above-captioned action

Respectfully submitted,

*/s/ Harry Levy*

Harry Levy (D. C. Bar No. 389060)
Shumaker Williams, P.C.
40 West Chesapeake Avenue, Suite 605
Towson, Maryland 21204
Telephone: 410/825-5223
Facsimile: 410/825-5426
E-mail: levy@shumakerwilliams.com

Attorney for Plaintiff, Cotton USA, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23 day of January, 2008, a copy of the foregoing Notice of Voluntary Dismissal was mailed, first class, postage pre-paid, to:

    Greater Southeast Community Hospital Corporation I
    c/o CT Corporation System, Resident Agent
    1015 15th Street, N.W.
    Washington, D.C. 20005

                                              Harry Levy

:207424